Yevgeniy Chechenin (CA Bar # 242469)
Community Legal Centers
P. O. Box 605
San Mateo, CA 94401
Telephone: (650) 347-6191
Fax: (650) 401-6621

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Cuong Dang, | ) |
| | ) |
| Petitioner, | ) Case No. |
| | ) |
| v. | ) |
| | ) |
| Michael B. Mukasey, United States Attorney General; | ) USCIS Agency No. A42-364-714 |
| Michael Chertoff, Secretary of the Department of Homeland Security; | ) |
| Emilio Gonzalez, Director of United States Citizenship and Immigration Services (USCIS); | ) |
| Rosemary Melville, Director of USCIS San Francisco District Office; | ) |
| Rober S. Mueller, Director of the Federal Bureau of Investigation (FBI), | ) |
| | ) |
| Respondents. | ) |

PETITION FOR HEARING ON NATURALIZATION APPLICATION

PURSUANT TO 8 U.S.C. § 1447(b)

Page 1

## I. INTRODUCTION

Petitioner, Cuong Dang (Alien Registration Number 042-364-714), respectfully petitions this court pursuant to 8 U.S.C. § 1447(b) to conduct a hearing on his application for naturalization for which the San Francisco Office of USCIS has delayed adjudication and failed to make a decision within the statutorily mandated period of 120 days from the initial naturalization interview.

## II. JURISDICTION

Under Section 336(b) of the Immigration and Nationality Act, if the agency fails to make a decision on an application for naturalization within 120 days after the initial examination scheduled under 8 U.S.C. § 1446, "the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter." 8 U.S.C. § 1447(b). In such a case, the district court acquires "jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b). As the Ninth Circuit explained in *United States v. Hovsepian*, 359 F.3d 1144, 1161 (9th Cir. 2004) (en banc), "8 U.S.C. § 1447(b) requires the INS to make a decision regarding a naturalization application within 120 days of the INS's initial interview of the applicant." The consequence of the agency's failure to make such a decision in a timely manner is that "the district court gains jurisdiction over the matter (upon the applicant's request) until the district court decides the case or exercises its discretion to remand the matter to the INS." *Id*. In addition, the Ninth Circuit emphasized that when an applicant asks the district court to adjudicate his naturalization application, the court acquires exclusive jurisdiction over his application and the agency loses such jurisdiction. *Id* at 1162. ("Under § 1447(b), the court has the last word by exercising exclusive jurisdiction over those naturalization applications on

which the INS has failed to act in a timely fashion.") In other words, even if the agency makes a decision on the application after the district court acquired jurisdiction over it, such a decision will have no legal effect.[1]

Petitioner's initial naturalization interview was conducted on November 10, 2005. USCIS failed make a decision on petitioner's naturalization application within 120 days after that interview. Therefore, this court has jurisdiction over Petitioner's application for naturalization. After this petition is properly filed with this Court, USCIS loses any authority over Petitioner's application and this Court "has the last word by exercising exclusive jurisdiction" over Petitioner's application because USCIS "has failed to act in a timely fashion." *Hovsepian*, 359 F.3d at 1162.

### III.    VENUE

Pursuant to 8 U.S.C. § 1447(b), venue is proper in this case as this is the United States District Court for the district where the Petitioner resides.

### IV.    PARTIES

Petitioner is Cuong Dang (Alien Registration Number A042-364-714), an applicant for naturalization. He is a resident of Union City, California.

Respondents are the Attorney General of the United States, and the agencies of the United States government involved in the acts challenged in this petition, as well as their officers.

---

[1] *See Hovsepian*, 359 F.3d at 1163 ("allowing the INS to retain jurisdiction over a naturalization application even after the INS fails to act will frustrate Congress' intent to require the INS to make a determination within 120 days of an applicant's examination.").

## V. STANDARD OF REVIEW

Under the Ninth Circuit precedent, this Court has power to conduct a *de novo* hearing on Petitioner's naturalization application. *Hovsepian*, 359 F.3d. at 1163. The *Hovsepian* court compared 8 U.S.C. § 1421(c) requiring the district court to conduct a *de novo* hearing after USCIS denies a naturalization application with 8 U.S.C. § 1447(b) and concluded that "the district court's powers of investigation should be the same under each statutory provision" and that "[i]t makes little sense to require the district court to undertake a de novo inquiry after the INS has made a full investigation and arrived at a reasoned decision, but to bar a de novo hearing when the INS has not issued a decision and likely has not concluded its investigation." *Id.*

Thus, under *Hovsepian*, this Court has power to hold a *de novo* hearing on Petitioner's naturalization application and to determine Petitioner's eligibility to become a United States citizen.

## VI. STATEMENT OF FACTS

Petitioner is a United States lawful permanent resident since January 25, 1990. *See* **Exhibit A**. On July 12, 2005, he filed an N-400 application for citizenship with Respondent, United States Citizenship and Immigration Services (USCIS). *See* **Exhibit B**. On November 10, 2005, Petitioner was interviewed by a USCIS officer in connection with his naturalization application. *See* **Exhibit C**. Petitioner's N-400 application remains unadjudicated.

After his naturalization interview, Petitioner inquired into the status of his naturalization application multiple times. In response to his inquiries, Respondent USCIS notified him that his N-400 remained pending because "the required investigation into your background remains open." *See* **Exhibit D**.

Petitioner contends that he has been a person of good moral character within the requisite period of five years prior to filing his application for naturalization and qualifies for United States citizenship in all other respects. Petitioner is attached to the principles of the United States Constitution and is willing to bear arms on behalf of the United States or to perform other non-combat service in the United States Armed Forces, or other civilian work of national importance.

## VII. INJURY TO PETITIONER

As a result of the Respondents' failure to timely complete all the background checks and to make a decision on Petitioner's application for naturalization within the statutorily required 120-day period after the initial naturalization interview, Petitioner has suffered, is suffering, and will continue to suffer irreparable harm. He has been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to that accorded to United States citizens; political rights including the right to vote; employment opportunities available to United States citizens; freedom of movement and travel; the right to obtain a United States passport; the protection of the United States government when outside of the United States; and the right to transmit nationality to children. He has been subjected to the fear, despair, and uncertainty engendered by the inability to obtain citizenship, including the inability to travel and to carry out necessary activities out of concern that he will miss a swearing-in ceremony; and the inability to file visa petitions for immediate relatives as a United States citizen.

## VIII. REQUEST FOR RELIEF

Petitioner respectfully requests that this Court:

1. Assume jurisdiction over this matter and hold a hearing over Petitioner's naturalization application pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. § 1447(b).

2. Order Respondents to show cause why Petitioner's application for naturalization should not be granted.

3. Conduct a *de novo* review of Petitioner's application for naturalization as authorized by *Hovsepian*, 359 F.3d. at 1163, and determine whether Petitioner's application for naturalization should be approved.

4. If this court finds that Petitioner is eligible for naturalization and approves his naturalization application, administer the Oath of Allegiance to Petitioner.

5. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, award Petitioner costs and attorney fees if Petitioner prevails in this action.

Dated: April 10, 2008         Respectfully Submitted,

                              /s/ Y. Chechenin
                              _____
                              Yevgeniy Chechenin,
                              Attorney for Petitioner.

# EXHIBITS

EXHIBIT A – Copy of Petitioner's Permanent Resident Card;

EXHIBIT B – Copy of N-400 Receipt Notice issued by USCIS to Petitioner;

EXHIBIT C – Copies of N-652 Naturalization Interview Results and Request for Evidence;

EXHIBIT D – Copies of two USCIS Responses to Petitioner's case status inquiries;

# EXHIBIT A



PERMANENT RESIDENT CARD
NAME DANG, CUONG C
A# 042-364-714
Birthdate  Category  Sex
10/09/       M
Country of
Vietnam
EXPIRES 01/13/15
Resident Since 01/25/90

C1USA0423647140WAC0480057781<<
7710090M1501135VNM<<<<<<<<<<8
DANG<<CUONG<C<<<<<<<<<<<<<<<

UNITED STATES OF AMERICA  Department of Homeland Security
PERMANENT RESIDENT CARD
The person identified by this card is authorized to work and reside in the U.S.

# EXHIBIT B

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt with Exception | NOTICE DATE: July 19, 2005 |
| CASE TYPE: N400 Application For Naturalization | INS A#: A 042 364 714 |
| APPLICATION NUMBER: WSC*001347944 | RECEIVED DATE: July 12, 2005 | PRIORITY DATE: July 12, 2005 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS:
CUONG CHI DANG
15367 RUGGLES ST
SAN LEANDRO CA 94579

PAYMENT INFORMATION:

Single Application Fee:   $390.00
Total Amount Received:   $390.00
Total Balance Due:   $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:          October 09, 1977
Address Where You Live:   15367 RUGGLES ST
                          SAN LEANDRO CA 94579

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSCS001444891

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



# EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: __

A042364714
A042364714

On _____, you were interviewed by USCIS officer _Rute_

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☑ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ✓ **A decision cannot yet be made about your application.**

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

MAIL DOCUMENTS/INFORMATION TO:

U.S. Citizenship and Immigration Services
1301 Clay Street, Room 380-N
Oakland, CA 94612-5217



U.S. Citizenship and Immigration Services



A042364714
A042364714

File No:
Officer: R A-E
Date:

CUONG C DANG
15367 RUGGLES ST
SAN LEANDRO CA 94579

Examination of your application (N400) shows that additional information, documents or forms are needed before your application can be acted upon. Please **RETURN THIS LETTER WITH REQUESTED INFORMATION and/or DOCUMENTATION by:** December 10, 2005

## *Failure to do so may result in the denial of your application.*

- [x] A court certified disposition, complaint, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for <u>any and all your arrests</u> even if expunged. If no record is available, submit a certified letter from the court stating there is no record. Do NOT submit a police clearance or a photocopy.
- [ ] A Police clearance letter from all cities you have resided the past 5 years. (Documentation must be original or certified by the police)
- [ ] Original or certified letter re: child support obligations for your child(ren) and jurisdiction where child lives (if this becomes known to you).
- [ ] Two copies of the birth and baptismal certificates for all children (with translations, if applicable).
- [ ] Marriage certificate from all marriages <u>and/or</u> petition *and* final divorce decree from former spouse(s).
- [ ] Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements, other specified evidence of marital union:
- [x] Copy of income tax returns (forms 1040 & 540) <u>and</u> W-2's for you and your spouse for tax year(s) 2002, 2003 and 2004

- [ ] A more detailed Form N-648 or letter from your medical doctor/psychiatrist to support your disability exception claim.
- [ ] Letter from Welfare Department/Social Security agency regarding eligibility, attached.
- [ ] List of all trips from _____ to _____.  [x] Copies of <u>all</u> pages of your passports and/or travel documents.  OR
- [ ] Proof of registration with the Selective Service. [ ] Affidavit in regards to why you did not register for the Selective Service.
- [ ] Copy of the front *and* back of your Alien Registration Card.
- [x] Other: EVIDENCE OF PHYSICAL PRESENCE / RESIDENCE IN THE UNITED STATES
  - ✓ Bank or Credit Statements showing activity by you.
  - ✓ Appointment notices or receipts from a doctor or hospital.
  - ✓ Any other evidence of your physical presence in the United States: insurance policies, receipts from purchases, licenses, letters, postal cards, travel itineraries or receipts, employment records, listing in city directories, membership in organizations, police records, census records, leases and / or deeds

*Please notify this office of any address changes before the final decision in your case.*
*Due to heavy work loads, please allow a minimum of three months past the due date noted above for a response.*

# EXHIBIT D



U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

## U.S. Citizenship and Immigration Services

Friday, November 16, 2007

CUONG DANG
15367 RUGGLES ST
SAN LEANDRO CA 94579

Dear Cuong Dang:

On 11/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 03/18/2005 |
| **Receipt #:** | WSC*001347944 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A042364714 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. In some instances, we have established separate processing time goals following certain kinds of actions. This case is within that normal processing time. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 8 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

Wednesday, December 28, 2005

CUONG CHI DANG
15367 RUGGLES ST
SAN LEANDRO CA 94579

Dear CUONG CHI DANG:

On 12/28/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 04/15/2005 |
| **Receipt #:** | WSC*001347944 |
| **Beneficiary (if you filed for someone else):** | DANG, CUONG, CHI |
| **Your USCIS Account Number (A-number):** | A042364714 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services