JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUONG DANG, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL B. MUKASEY, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; ROSEMARY MELVILLE, Director of USCIS San Francisco District Office; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation (FBI), <br><br> Respondents. | No. C 08-1959 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C08-1959 JSW                                1

Each of the parties shall bear their own costs and fees.

Date: June 3, 2008                               Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                 _____/s/_____
                                                 ILA C. DEISS[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Respondents



                                                 _____/s/_____
Date: June 3, 2008                               YEVGENIY CHECHENIN
                                                 Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:    June 5, 2008                            _____
                                                 JEFFREY S. WHITE
                                                 United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-1959 JSW                                  2